*In re* JORGE L. SANTIAGO GAUTHIER.

*Número:* TS-4412          *Resuelto:* 10 de diciembre de 1999

*Mady Pacheco García de la Noceda,* Directora Ejecutiva del Colegio de Abogados de Puerto Rico; *Jorge Luis Santiago Gauthier, pro se.*

## RESOLUCIÓN

Vista la moción para solicitar la reinstalación de Jorge L. Santiago Gauthier, se le reinstala al ejercicio de la profesión de abogado.

Se le concede a la Directora de la Oficina de Inspección de Notarías el término de treinta (30) días, contados a partir de la notificación de esta resolución, para que nos informe sobre la obra notarial de Jorge L. Santiago Gauthier y se exprese sobre su solicitud de reinstalación a la notaría.

En cuanto a la solicitud de Santiago Gauthier de que se le reinstale a la notaría, ésta será considerada cuando se reciba el informe de la Directora de la Oficina de Inspección de Notarías.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Negrón García no intervino.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*